# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULES JORDAN VIDEO, INC., a California corporation and ASHLEY GASPER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>144942 CANADA, INC., a Canadian corporation, dba KAYTEL VIDEO DISTRIBUTION, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED CASES. | Case No. CV 05-6771 SJO (JTLx)<br><br>CONSOLIDATED WITH:<br>Case No. SA CV-05-0517 SJO (JTLx)<br>Case No. CV-05-6769 SJO (JTLx)<br><br>**PLAINTIFFS' JUDGMENT**<br><br><br>Formal Mandate issued:    11/17/10 |

This action came on for jury trial, the Honorable S. James Otero presiding, the issues having been duly tried and the jury having rendered its verdict, and the United States Court of Appeals for the Ninth Circuit having issued its Mandate,

///

///

**IT IS HEREBY ORDERED AND ADJUDGED:**

1.That plaintiffs Jules Jordan Video, Inc. and Ashley Gasper ("Gasper") (collectively, "Plaintiffs") prevail on all of their copyright infringement claims asserted against defendants 144942 Canada Inc. dba Kaytel Video Distribution ("Kaytel"), Alain Elmaleh ("Elmaleh"), and Leisure Time Video Canada, Inc. ("Leisure Time") (collectively, "Defendants").

2.That Plaintiffs shall recover damages for their claims of copyright infringement in the amounts of $390,000.00 against Kaytel, $390,000.00 against Leisure Time, and $1,820,000.00 against Elmaleh.

3.That Defendants prevail on plaintiff Gasper's claim for violation of his right of publicity.

**IT IS SO ADJUDGED.**

Dated: March 29, 2011_____
Hon. S. James Otero
United States District Court Judge

Case No. CV-05-0517 SJO (JTLx)

[PROPOSED] JUDGMENT